United States District Court
Southern District of Texas
FILED

JUL 23 2014

David J. Bradley, Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

B-14cv119

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeh Johnson, Secretary of DHS
was received by me on *(date)* 0721 2014. 650 Massachusetts Ave NW, Washington DC 20001

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served summons by certified mail on 0721 2014 Jeh Johnson, Secretary of DHS, 650 Massachusetts Ave, NW, Washington DC 20001

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 07 21 2014

_____
Server's signature

Lila Dabert
Printed name and title

**Law Offices of Orly Taitz, Esq.**
29839 Santa Margarita Pkwy, Ste 300
Rancho Santa Margarita, CA 92688

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Dr. Orly Taitz ESQ <br><br> *Plaintiff(s)* <br> v. <br> Jeh Johnson in his capacity of a Secretary of DHS, <br> Sylvia Burwell, in her capacity of a Secretary of HHS, <br> Barack Obama, in his capacity of the US Pres. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. B-14-119 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jeh Johnson
Secretary of DHS
650 Massachusetts Avenue NW
Washington DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/14/14

*Signature of Clerk or Deputy Clerk*

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7012 2920 0001 1958 9802

Total Postage & Fees: $9.29

Sent To: Jeh Johnson Secretary of DHS
Street, Apt. No.; or PO Box No.: 650 Massachusetts Ave NW
City, State, ZIP+4: Washington, DC 20001

PS Form 3800, August 2006

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7012 2920 0001 1958 9796

Total Postage & Fees: $9.29

Sent To: Sylvia Burwell Secretary HHS
Street, Apt. No.; or PO Box No.: 64 New York Ave NE 6th Floor
City, State, ZIP+4: Washington DC 20002

PS Form 3800, August 2006

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7012 2920 0001 1958 9758

Total Postage & Fees: $9.29

Sent To: US Border Patrol Rio Grande Valley Section
Street, Apt. No.; or PO Box No.: Brownsville Station, 940N FM 511
City, State, ZIP+4: Olmito, TX 78575

PS Form 3800, August 2006

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7012 2920 0001 1958 9789

Total Postage & Fees: $9.29

Sent To: Barack Obama
Street, Apt. No.; or PO Box No.: 1600 Pennsylvania Ave
City, State, ZIP+4: Washington DC

PS Form 3800, August 2006

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7012 2920 0001 1958 9765

Total Postage & Fees: $9.29

Sent To: Clerk to Serve of Process, US Attorney
Street, Apt. No.; or PO Box No.: 600 E. Harrison St.
City, State, ZIP+4: Brownsville, TX 78520

PS Form 3800, August 2006

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7012 2920 0001 1958 9772

Total Postage & Fees: $9.29

Sent To: Attorney General, Clerk to the Service of Process
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4: Washington, DC 20530-0001

PS Form 3800, August 2006

```
                RANCHO SANTA MARGARITA POSTAL
                RANCHO SANTA MARGARITA, CA 90
                          926889997
                       0569390497 -0095
         07/21/2014     (800)275-8777    05:03:47 PM
         ════════════════════════════════════════════
         ─────────   Sales Receipt  ─────────
         Product              Sale  Unit        Final
         Description          Qty   Price       Price

         WASHINGTON DC 20001-3796 Zone-8        $3.29
         First-Class Mail Large Env
         11.90 oz.
          Expected Delivery: Thu 07/24/14
          Return Rcpt (Green Card)              $2.70
          @@ Certified                          $3.30
          USPS Certified Mail #:
          70122920000119589802
                                            ═════════
          Issue PVI:                             $9.29

         OLMITO TX 78575 Zone-6                 $3.29
         First-Class Mail Large Env
         11.90 oz.
          Expected Delivery: Fri 07/25/14
          Return Rcpt (Green Card)              $2.70
          @@ Certified                          $3.30
          USPS Certified Mail #:
          70122920000119589758
                                            ═════════
          Issue PVI:                             $9.29

         BROWNSVILLE TX 78520 Zone-6            $3.29
         First-Class Mail Large Env
         11.60 oz.
          Expected Delivery: Fri 07/25/14
          Return Rcpt (Green Card)              $2.70
          @@ Certified                          $3.30
          USPS Certified Mail #:
          70122920000119589765
                                            ═════════
          Issue PVI:                             $9.29

         WASHINGTON DC 20530 Zone-8             $3.29
         First-Class Mail Large Env
         11.70 oz.
          Expected Delivery: Fri 07/25/14
          Return Rcpt (Green Card)              $2.70
          @@ Certified                          $3.30
          USPS Certified Mail #:
          70122920000119589772
                                            ═════════
          Issue PVI:                             $9.29

         WASHINGTON DC 20530 Zone-8             $3.29
         First-Class Mail Large Env
         11.80 oz.
          Expected Delivery: Fri 07/25/14
          Return Rcpt (Green Card)              $2.70
          @@ Certified                          $3.30
          USPS Certified Mail #:
          70122920000119589789
                                            ═════════
          Issue PVI:                             $9.29

         WASHINGTON DC 20002 Zone-8             $3.29
         First-Class Mail Large Env
         11.70 oz.
          Expected Delivery: Fri 07/25/14
          Return Rcpt (Green Card)              $2.70
          @@ Certified                          $3.30
          USPS Certified Mail #:
          70122920000119589796
                                            ═════════
          Issue PVI:                             $9.29
                                            ═════════
         Total:                                $55.74

         Paid by:
         VISA                                  $55.74
           Account #:        XXXXXXXXXXXX1518
           Approval #:       005324
           Transaction #:    608
```