IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DR. ORLY TAITZ,                              §
        Plaintiff,                      §
                                   §
VS.                                          §          CIVIL NO. B-14-119
                                   §
JEH JOHNSON, Secretary of the Department     §
of Homeland Security, et al.,                §
        Defendants.                     §

## ORDER TO SHOW CAUSE

The Defendants in the above-styled and numbered cause are ordered to show cause why the emergency relief requested in Plaintiff's Emergency Application for Stay/Injunction should not be granted. The Government is ordered to comply with this order by **August 11, 2014**. The Court will consider the Reply and the Application and either rule or schedule the matter for hearing. Counsel for the Defendants shall notify the Attorney General's Office of the State of California about the existence of this lawsuit and these deadlines so that it may participate if it so desires.

Signed this 1st day of August, 2014.

Andrew S. Hanen
United States District Judge