# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Orley Taits, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:14-cv-00119** |
| | § | |
| | § | |
| Jeh Johnson et al., | § | |
| | § | |
| Defendants. | § | |

_____

## UNOPPOSED MOTION FOR OVERLENGTH BRIEF

Pursuant to Local Rule 7.2, Defendants submit this unopposed motion to file an overlength brief in response to this Court's August 1, 2014 Order to Show Cause, ECF no. 10. Plaintiff's motion is forty-two pages in length, plus attachments. Defendants' response will be approximately thirty pages. On August 6, 2014, Counsel for Defendants conferred with Plaintiff via email, and Plaintiff indicated she would not oppose this motion.

Dated: August 6, 2014

Respectfully submitted,

/s/ Colin A. Kisor
COLIN A. KISOR
Deputy Director
District Court Section
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
450 Fifth Street NW
Washington, DC 20001
Telephone: (202) 532-4331
Fax: (202) 305-7000
E-mail: colin.kisor@usdoj.gov

Counsel for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| Orley Taitz, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:14-cv-00119** |
| | § | |
| | § | |
| Jeh Johnson et al., | § | |
| | § | |
| Defendants. | § | |

PROPOSED ORDER

Defendants' unopposed Motion for an overlength brief is hereby GRANTED.  Defendants' brief shall not exceed thirty pages, exclusive of a table of authorities and a table of contents.

_____

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Colin Kisor, do hereby certify that on August 6, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ Colin A. Kisor
COLIN A. KISOR
Deputy Director
District Court Section
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
450 Fifth Street NW
Washington, DC 20001
Telephone: (202) 532-4331
Fax: (202) 305-7000
E-mail: colin.kisor@usdoj.gov

Counsel for Defendants