IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DR. ORLY TAITZ,<br>　　　Plaintiff,<br><br>V.<br><br>JEH JOHNSON, ET AL.,<br>　　　Defendants. | §<br>§<br>§<br>§   CIVIL ACTION NO. B-14-119<br>§<br>§<br>§ |

# ORDER

Defendants' Unopposed Motion for Overlength Brief [Doc. No. 11] is hereby granted. Defendants' brief shall not exceed thirty pages, exclusive of a table of authorities and a table of contents.

Signed this 7th day of August, 2014.

_____
Andrew S. Hanen
United States District Judge