UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 14-cv-00119 |
|---|---|---|---|
| | Taitz | | |
| | *versus* | | |
| | Johnson et al | | |

United States District Court
Southern District of Texas
FILED

AUG 0 8 2014

..., Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Dr. Orly Taitz ESQ<br>Law offices of Orly Taitz<br>29839 Santa Margarita, ste100<br>Rancho Santa Margarita, CA 92688<br>949-683-5411<br>CA 223433<br>Admitted to the Supreme Court of the US, 9th |
|---|---|
| Seeks to appear for this party: | Orly Taitz |
| Dated:   9/7/2014 | Signed:   /s/ Taitz |

| The state bar reports that the applicant's status is:  Active | |
|---|---|
| Dated:   8-8-14 | Clerk's signature:   [signature] |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____     _____
                                                                United States District Judge