IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DR. ORLY TAITZ, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-14-119 |
| | § | |
| JEH JOHNSON, Secretary of the Department | § | |
| of Homeland Security, et al., | § | |
| Defendants. | § | |

# ORDER

The Court will hold a hearing on all pending motions on **August 27, 2014** at **1:30 p.m.** Counsel and/or their witnesses should be prepared to address all topics raised either by the motions or the Government's response. These topics include: (1) the standing of the Plaintiff (either individually or as a class representative); (2) the ability of an individual citizen, even with standing, to question executive authority over immigration matters; (3) the Defendants' past and current efforts to secure the southern border of the United States (including the efforts to stop the influx of illegal aliens, minors and adults in 2014); (4) all aspects of the apprehension, processing and subsequent placement of the illegal minors in 2014 included specifically the recent influx from Mexico and Central America; (5) the Defendants' efforts to comply with the Flores settlement in conjunction with the recent influx of minors; (6) the application, if any, of the Deferred Action for Childhood Arrivals to this case; and (7) the examination, diagnosis and treatment of any illegal alien minors with any medical conditions in 2014; and (8) the detention and/or all other means to house illegal alien minors who have entered the country in 2014.

The Court will rule as quickly as it can after the hearing given the emergency nature of the motion.

Signed this 13th day of August, 2014.

                                                      Andrew S. Hanen
                                                      United States District Judge