DR. ORLY TAITZ, ESQ

29839 SANTA MARGARITA, STE 100

RANCHO SANTA MARGARITA, CA 92688

PH 949-683-5411 FAX 949-766-7687

United States District Court
Southern District of Texas
FILED

AUG 1 5 2014

David J. Bradley, Clerk of Court

## US DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

## BROWNSVILLE DIVISION

TAITZ,            )            Case # 14-cv-00119

V                 )            HONORABLE ANDREW S. HANEN PRESIDING

JOHNSON, ET AL    )

### NOTICE OF ERRATA

Plaintiff hereby notifies the court of an errata. In 08.08.2014 pleadings, filed by the plaintiff, there was a typo, the date at the end of the brief was supposed to be 08.08.2014, not 08.07.2014.

Additionally, accidentally the certificate of service was not included in the pleadings, sent to the clerk of the court. Certificate of service is attached herein.

Respectfully,

Dr. Orly Taitz, ESQ

08.12.2014

I, Lila Dubert, served the defendants with attached pleadings via first class mail on 08.08.2014