IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 5 2014

David J. Bradley, Clerk of Court

| | |
|---|---|
| ORLY TAITZ, § | |
| *Plaintiff*, § | |
| § | |
| § | |
| v. § | CIVIL ACTION NO. 1:14-cv-119 |
| § | |
| § | |
| JEH JOHNSON, *et al.*, § | |
| *Defendants*. § | |
| § | |

## ORDER

The Court has received the Plaintiff's Motion for the Court to Sign on 08.25.2014 Subpoenas for Four Border Patrol Officers to Appear in Court at 08.27.2014 Hearing [Doc. No. 27]. It is represented to the Court that none of the individuals for whom Plaintiff is seeking subpoenas is objecting to the limitation found in Federal Rule of Civil Procedure 45(c)(1) (providing that a subpoena may command a non-party to attend a hearing only within 100 miles of where the person resides, is employed, or regularly transacts business in person).

The Court hereby grants the Motion and orders the Clerk of the Court to issue four subpoenas for the appearance of the following individuals at the hearing before this Court on August 27, 2014 at 1:30 PM:

1) Gabriel Pacheco, Media Representative of the local 1613 CBP Union

2) James Harlan, President of the local 1613 CBP Union

3) Chris Harris, Vice President of the local 1613 CBP Union

4) Ronald Zermeno, Health and Safety Officer of the local 1613 CBP Union


Signed this 25th day of August, 2014.

                                                      Andrew S. Hanen
                                                      United States District Judge