IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DR. ORLY TAITZ, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-14-119 |
| | § | |
| JEH JOHNSON, Secretary of the Department | § | |
| of Homeland Security, et al., | § | |
| Defendants. | § | |

# ORDER

On the 28th day of August, 2014, the Court denied the request for Temporary Restraining Order and ordered the following:

1. Plaintiff has until **September 12, 2014** to file an amended complaint.

2. Defendants have until **October 3, 2014** to respond either by answer or other responsive pleadings.

3. Plaintiff may reply to Defendants' response by **October 17, 2014**.

4. An injunction hearing will be held on **October 29, 2014** at **10:00 a.m.**

Signed this 28th day of August, 2014.

Andrew S. Hanen
United States District Judge