IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ORLY TAITZ, | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-cv-119 |
| | § | |
| | § | |
| JEH JOHNSON, *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

**ORDER**

The Court hereby denies as moot Defendants' Motion to Quash Subpoena Issued to Ronald Zermeno [Doc. No. 31].  As ordered during the hearing on August 27, 2014, the Parties should agree on the timing of all depositions to be taken. The Parties should attempt to reach an agreement on the items subject to the subpoenas duces tecum. The Court will resolve any unresolved issues regarding the subpoenas by telephone conference.

Signed this 28th day of August, 2014.

                                                               Andrew S. Hanen
                                                               United States District Judge