| AO 435 (Rev. 12/03) Please Read Instructions above | Administrative Office of the United States Courts TRANSCRIPT ORDER | | FOR COURT USE ONLY DUE DATE: | |
|---|---|---|---|---|
| 1. NAME Daniel D. Hu | | 2. PHONE NUMBER (956) 548-2554 | 3. DATE 9/4/2014 | |
| 4. MAILING ADDRESS 600 E. Harrison, Ste. 201 | | 5. CITY Brownsville | 6. STATE TX | 7. ZIP CODE 78521 |
| 8. CASE NUMBER 1:14-CV-00119 | 9. JUDGE Andrew S. Hanen | DATES OF PROCEEDINGS 10. FROM 8/27/2014 | 11. 8/27/2014 | |
| 12. CASE NAME Orly Taitz v. Jeh Johnson | | LOCATION OF PROCEEDINGS 13. Brownsville, TX | 14. Brownsville, TX | |
| 15. ORDER FOR ☐ APPEAL ☐ NON-APPEAL | ☐ CRIMINAL ☒ CIVIL | ☐ CRIMINAL JUSTICE ACT ☐ IN FORMA PAUPERIS | ☐ BANKRUPTCY ☐ OTHER | |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☒ TESTIMONY (Specify Witness) All Testimony and Argument | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Motion Hearing | 8/27/2014 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

United States District Court
FILED
SEP - 4 2014
David J. Bradley, Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☒ | NO. OF COPIES | (e-copy to DHu@usa.doj.gov) | ~daniel.hu@usdoj.gov |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | 170 | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | |
|---|---|---|
| 18. SIGNATURE [signature] | PROCESSED BY | |
| 19. DATE 9/4/2014 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)
DISTRIBUTION: COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY