| AO 435 (Rev. 04/11) *Please Read Instructions:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| 1. NAME ROBERT HAGGARD | 2. PHONE NUMBER 505■■■ | | 3. DATE 9/11/2014 |
| 4. MAILING ADDRESS ■■■ | 5. CITY POINT OF ROCKS | 6. STATE MD | 7. ZIP CODE 21777 |
| 8. CASE NUMBER 1:14-CV-00119 | JUDGE ANDREW S HANEN | DATES OF PROCEEDINGS 10. FROM 8/27/2014 | 11. TO 8/27/2014 |
| 12. CASE NAME TAITZ v JOHNSON, et al. | | LOCATION OF PROCEEDINGS 13. CITY BROWNSVILLE | 14. STATE TX |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

United States District Court
Southern District of Texas
FILED
SEP 17 2014
David J. Bradley, Clerk of Court

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING (Spcy) | HEARING HELD 8/27/2014 |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES 1 | ■■■ | ■■■ |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL ■■■

18. SIGNATURE /S/ROBERT I HAGGARD

19. DATE 9/11/2014

PROCESSED BY

PHONE NUMBER 956 982-9668

TRANSCRIPT TO BE PREPARED BY
Barbara Barnard

COURT ADDRESS
Barbara Barnard
US District Court
600 E. Harrison
Brownsville, TX 78520

| | DATE 9-17-14 | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | 9-17-14 | |

| DEPOSIT PAID | ■■■ |
| TOTAL CHARGES | ■■■ |
| LESS DEPOSIT | ■■■ |
| TOTAL REFUNDED | |
| TOTAL DUE | ■■■ |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY