# PROPOSED ORDER

US DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TAITZ, | ) | Case # 14-cv-00119 |
| V | ) | HONORABLE ANDREW S. HANEN PRESIDING |
| JOHNSON, ET AL | ) | |

1. Court orders STAY of the following:

2. Under 8 USC §1182, 212(f) of Immigration and Nationality Act; 1225(c)(1)(A), 1229 (a) as well as 5 USC 702 and inherent power of the US District Court this court issues orders to expend existing ban on travel from Liberia, Sierra Leon and Guinea to include remaining five ports of entry, where such individuals can still enter the US until now: **Hartsfield-Jackson Atlanta International airport, New Jersey Newark International airport, Dulles International airport in Washington DC, John F. Kennedy International airport in New York and Chicago O'Hara International airport,** effectively converting a partial ban on travel from aforementioned countries to a complete STAY/ ban of all travel into the U.S. from three West African countries of Liberia, Sierra Leon and Guinea until the end of the deadly

Ebola epidemic. The end of the epidemic to be certified by the WHO and CDC.

3. The court issues a STAY all US visas for individuals from Liberia, Sierra Leon and Guinea until the end of deadly Ebola epidemic.

4. This court orders Defendant Jeh Johnson, Secretary of Homeland Security, to place on a no-fly list all individuals from aforementioned nations until the end of the deadly Ebola epidemic.

5. The court STAYS release from DHS and HHS custody all of illegal aliens until they complete two months quarantine, until there is a written certification by a licensed medical doctor that these illegal aliens do not carry infectious diseases, until there is a criminal record of these aliens from the countries of origin and until this court finds that there is a valid legal basis for granting an asylum in the US for these illegal aliens.

Signed

Andrew S. Hanen, U.S. District Judge

Dated