| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| DR. ORLY TAITZ | BROWNSVILLE DIVISION |
| v. | CIVIL ACTION NO. B-14-119 |
| JEH JOHNSON, SECRETARY OF DEPARTMENT OF HOMELAND SECURITY, ET AL. | WITNESS LIST |
| LIST OF: GOVERNMENT WITNESSES<br>TYPE OF HEARING: INJUNCTION | AUSA: DANIEL D. HU & COLIN KISOR |

| JUDGE:<br>ANDREW S. HANEN | CLERK:<br>CRISTINA SUSTAETA | REPORTER:<br>BARBARA BARNARD |
|---|---|---|

| NO. | NAME OF WITNESS |
|---|---|
| 1. | KEVIN OAKS, CHIEF, RIO GRANDE VALLEY SECTOR, BORDER PATROL, U.S. CUSTOMS AND BORDER PROTECTION |
| 2. | ALFREDO FIERRO, DEPUTY FIELD OFFICE DIRECTOR, ENFORCEMENT AND REMOVAL OPERATIONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT – BY PRIOR TESTIMONY TAKEN ON AUGUST 27, 2014, ONLY |
| 3. | TERESA M. BROOKS, SUPERVISORY FIELD PROGRAM SPECIALIST – SOUTH TEXAS DIVISION OF CHILDREN'S SERVICES, OFFICE OF REFUGEE RESETTLEMENT, ADMINISTRATION OF CHILDREN AND FAMILIES, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES. BY PRIOR TESTIMONY TAKEN ON AUGUST 27, 2014, ONLY. |
| 4. | MIGUEL ESCOBEDO, M.D., M.P.H., QUARANTINE MEDICAL OFFICER, CENTERS FOR DISEASE CONTROL AND PREVENTION. DR. ESCOBEDO IS A FACT AS WELL AS AN EXPERT WITNESS. |
| 5. | ADRIANA GONZALES, ASSISTANT PORT DIRECTOR, BROWNSVILLE PORT OF ENTRY |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |

## CERTIFICATE OF SERVICE

Counsel of record was served a copy of this witness list by ECF on October 27, 2014

    /s/Daniel Hu
    Daniel Hu