| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| Dr. Orly Taitz<br>v.<br>Jeh Johnson, Secretary of Department of Homeland Security, et al. | BROWNSVILLE DIVISION<br>Civil Action No. B-14-119<br>**EXHIBIT LIST** |
| List of: Government Exhibits<br>Type of Hearing: Injunction | AUSA: Daniel D. Hu & Colin Kisor |
| Judge: Andrew S. Hanen | Clerk: Cristina Sustaeta | Reporter: Barbara Barnard |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 1. | Memorandum from Secretary of Homeland Security Janet Napolitano, Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children (June 15, 2012): http://www.dhs.gov/xlibrary/assets/s1-exercising-prosecutorial-discretion-individuals-who-came-to-us-as-children.pdf | | | | |
| 2. | Dr. Miguel Escobedo, CV | | | | |
| 3. | DHS Occupational Health Advisory – May 1, 2014 | | | | |
| 4 | CDC Letter to Physicians August 7, 2014 | | | | |
| 5 | Administration for Children and Families – Letter to TB Controllers | | | | |
| 6. | HHS letter to Health Care Providers – Guidance on clearing UAC with TB | | | | |
| 7. | Active TB Screening Algorithm | | | | |
| 8. | NEDSS Texas Reporting Instructions and Form | | | | |
| 9. | CDC Guidelines for preventing the transmission of tuberculosis in Health Care settings - 2005 | | | | |
| 10. | Prior Court testimony of Chief Oaks, Mr. Fierro and Ms. Brooks – 8/27/2014 | | | | |
| 11. | CDC TB Elimination sheet www.cdc.gov/tb/publications/factsheets/testing/diagnosis.pdf | | | | |
| 12. | | | | | |

## CERTIFICATE OF SERVICE

Counsel of record was served with the preceding Exhibit List by ECF on October 27, 2014

/s/Daniel Hu
Daniel Hu