DR. ORLY TAITZ, ESQ

29839 SANTA MARGARITA, STE 100

RANCHO SANTA MARGARITA, CA 92688

PH 949-683-5411 FAX 949-766-7687



United States District Court
Southern District of Texas
FILED

OCT 28 2014

David J. Bradley, Clerk of Court

## US DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

## BROWNSVILLE DIVISION

TAITZ,                )         Case # 14-cv-00119

V                     )         HONORABLE ANDREW S. HANEN PRESIDING

JOHNSON, ET AL  )

List OF Plaintiff's witnesses

1. Epidemiologist Vera Dolan
2. Plaintiff Dr. Orly Taitz, ESQ

Respectfully,

Dr. Orly Taitz, ESQ

10.27.2014

Certificate of Service

I, Lila Dubert, attest that Defense was served with the attached list of witnesses by email at Daniel.Hu@usdoj.gov on 10.27.14

Lila Dubert

FedEx airbill and shipping label.

From: 10/27/14, Tara, 2983 P.S. Morgan Dr.

To: Clerk of the Court, US District Court, 600 E Harrison, Brownsville TX 78520

Tracking: 8061 6369 4795

RECEIVED OCT 28 2014, David J. Bradley, Clerk of Court, United States District Court, Southern District of Texas