I, Orly Taitz, attest that attached executive orders are the only executive orders posted in the Federal register of the National Archives as of 11.22.2014

/s/ Orly Taitz

11.22.2014

## Executive Orders

- Executive Orders Disposition Tables
- Text of Executive Orders
- What are Executive Orders?
- What are Disposition Tables?

**Search the Disposition Tables**

## 2014 Executive Orders Disposition Tables
## Barack Obama - 2014

### Executive Order 13656

Establishment of Afghanistan and Pakistan Strategic Partnership Office and Amendment to Executive Order 12163
- Signed:   January 17, 2014
- Federal Register page and date: 79 FR 4263, January 24, 2014
- Amends: EO 12163, September 29, 1979

### Executive Order 13657

Changing the Name of the National Security Staff to the National Security Council Staff
- Signed:   February 10, 2014
- Federal Register page and date: 79 FR 8823, February 14, 2014

### Executive Order 13658

Establishing a Minimum Wage for Contractors
- Signed:   February 12, 2014
- Federal Register page and date: 79 FR 9851, February 20, 2014
- See:   EO 13673, July 31, 2014

### Executive Order 13659

Streamlining the Export/Import Process for America's Businesses
- Signed:   February 19, 2014
- Federal Register page and date: 79 FR 10657, February 25, 2014

### Executive Order 13660

Blocking Property of Certain Persons Contributing to the Situation in Ukraine

- Signed:   March 6, 2014
- Federal Register page and date: 79 FR 13493, March 10, 2014
- See: EO 13661, March 16, 2014; EO 13662, March 20, 2014

### Executive Order 13661

Blocking Property of Additional Persons Contributing to the Situation in Ukraine

- Signed:   March 16, 2014
- Federal Register page and date: 79 FR 15535, March 19, 2014
- See: EO 13660, March 6, 2014; EO 13662, March 20, 2014

### Executive Order 13662

Blocking Property of Additional Persons Contributing to the Situation in Ukraine

- Signed:   March 20, 2014
- Federal Register page and date: 79 FR 16169, March 24, 2014
- See: EO 13660, March 6, 2014; EO 13661, March 16, 2014

### Executive Order 13663

Establishing an Emergency Board to Investigate Disputes Between the Long Island Rail Road Company and Certain of Its Employees Represented by Certain Labor Organizations

- Signed:   March 25, 2014
- Federal Register page and date: 79 FR 16647, March 25, 2014
- See: EO 13654, November 21, 2013

### Executive Order 13664

Blocking Property of Certain Persons With Respect to South Sudan

- Signed:   April 3, 2014
- Federal Register page and date: 79 FR 19283, April 7, 2014

### Executive Order 13665

Non-Retaliation for Disclosure of Compensation Information

- Signed:   April 8, 2014
- Federal Register page and date: 79 FR 20749, April 11, 2014
- Amends: EO 11246, September 24, 1965

### Executive Order 13666

Expanding Eligibility for the Defense Meritorious Service Medal

- Signed:   April 18, 2014
- Federal Register page and date: 79 FR 22591, April 23, 2014
- Amends: EO 12019, November 3, 1977

### Executive Order 13667

Blocking Property of Certain Persons Contributing to the Conflict in the Central African Republic

- Signed:   May 12, 2014
- Federal Register page and date: 79 FR 28387, May 15, 2014

**Executive Order 13668**

Ending Immunities Granted to the Development Fund for Iraq and Certain Other Iraqi Property and Interests in Property Pursuant to Executive Order 13303, as Amended
- Signed: May 27, 2014
- Federal Register page and date: 79 FR 31019, May 29, 2014
- See: EO 13303, May 22, 2003; EO 13364, November 29, 2004; EO 13315, August 28, 2003

**Executive Order 13669**

2014 Amendments to the Manual for Courts-Martial, United States
- Signed: June 13, 2014
- Federal Register page and date: 79 FR 34999, June 18, 2014
- Amends: EO 12473, April 13, 1984

**Executive Order 13670**

Establishing an Emergency Board To Investigate Disputes Between the Southeastern Pennsylvania Transportation Authority and Certain of Its Employees Represented by Certain Labor Organizations
- Signed: June 14, 2014
- Federal Register page and date: 79 FR 35029, June 18, 2014
- See: EO 13679, October 10, 2014

**Executive Order 13671**

Taking Additional Steps to Address the National Emergency With Respect to the Conflict in the Democratic Republic of the Congo
- Signed: July 8, 2014
- Federal Register page and date: 79 FR 39949, July 10, 2014
- Amends: EO 13413, October 27, 2006

**Executive Order 13672**

Further Amendments to Executive Order 11478, Equal Employment Opportunity in the Federal Government, and Executive Order 11246, Equal Employment Opportunity
- Signed: July 21, 2014
- Federal Register page and date: 79 FR 42971, July 23, 2014
- Amends: EO 11246, September 24, 1965; EO 11478, August 8, 1969

**Executive Order 13673**

Fair Pay and Safe Workplaces
- Signed: July 31, 2014
- Federal Register page and date: 79 FR 45309, August 5, 2014
- See: EO 11246, September 24, 1965; EO 13658, February 12, 2014

**Executive Order 13674**

Revised List of Quarantinable Communicable Diseases
- Signed: July 31, 2014
- Federal Register page and date: 79 FR 45671, August 6, 2014

**Executive Order 13675**

*Establishing the President's Advisory Council on Doing Business in Africa*
- Signed:   August 5, 2014
- Federal Register page and date: 79 FR 46661, August 8, 2014
- See: EO 12870, September 30, 1993

**Executive Order 13676**

*Combating Antibiotic-Resistant Bacteria*
- Signed:   September 18, 2014
- Federal Register page and date: 79 FR 56931, September 23, 2014

**Executive Order 13677**

Climate-Resilient International Development
- Signed:   September 23, 2014
- Federal Register page and date: 79 FR 58231, September 26, 2014
- See: EO 13514, October 5, 2009; EO 13653, November 1, 2013

**Executive Order 13678**

Conversion Authority for Criminal Investigators (Special Agents) of the Bureau of Alcohol, Tobacco, Firearms, and Explosives
- Signed:   October 3, 2014
- Federal Register page and date: 79 FR 60949, October 8, 2014

**Executive Order 13679**

Establishing an Emergency Board to Investigate a Dispute Between the Southeastern Pennsylvania Transportation Authority and Its Locomotive Engineers Represented by the Brotherhood of Locomotive Engineers and Trainmen
- Signed:   October 10, 2014
- Federal Register page and date: 79 FR 62323, October 17, 2014
- See: EO 13670, June 14, 2014

I, Lila Dubert, attest that I served the defense with a copy of attached pleadings via first class mail on 11.24.2014

_____

Signed Lila Dubert