# Appendix A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Orly TAITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:14-cv-0119 |
| v. | ) |
| | ) |
| Jeh JOHNSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF MARTIN ZELENKA

I, Martin Zelenka, state as follows:

1. I am employed as an Assistant Field Office Director assigned to the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO).

2. In my capacity as Assistant Field Office Director, I manage the day-to-day operations and supervise all ERO employees at the Florence Detention Center (FDC) in Florence, Arizona, and am responsible for the welfare of all detainees at the FDC.

3. I am familiar with the case of John Doe, an alien detained at the FDC, and who the Immigration Health Services Corps (IHSC) has diagnosed with multi-drug resistant (MDR) tuberculosis (TB).

4. Mr. Doe is currently contagious. As a result, IHSC is medically managing him in an airborne infection isolation room at the FDC's Medical Housing Unit.

5. Mr. Doe requires airborne infection isolation under medical supervision until determined by a medical provider to be non-contagious, in accordance with criteria established in

U.S. Centers for Disease Control and Prevention (CDC) Guidelines (see http://www.cdc.gov/mmwr/PDF/rr/rr5509.pdf, page 11).

6. Based on his medical condition, ICE had no plans to imminently release Mr. Doe, who is also an ICE enforcement priority.

7. Notably, on April 16, 2015, an Immigration Judge at the FDC determined that Mr. Doe's medical condition renders him a danger to the community, and ordered him held in the Department's custody without bond. Mr. Doe waived appeal.

8. If, however, a medical provider subsequently determines that he is no longer contagious, Mr. Doe may be eligible for another bond hearing, based on changed circumstances.

9. At this time, ICE has no plans to release Mr. Doe from detention.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED at the Florence Detention Center, this ___ day of April, 2015.

_____
Martin Zelenka
Assistant Field Office Director