**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| Orly Taitz, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:14-cv-00119** |
| | § | |
| | § | |
| Jeh Johnson et al., | § | |
| | § | |
| Defendants. | § | |

_____

**DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEF**

Plaintiff Orly Taitz's recent Supplemental Brief (ECF No. 90) purports to provide "new information" in support of her request for injunctive relief, in the form of two news articles discussing tuberculosis in the refugee populations in Indiana and Minnesota. Neither of the articles affects the main issue remaining in this action: whether Plaintiff, a dentist in California, has established a sufficient causal link between her alleged respiratory ailment and Defendants' allegedly unlawful actions in processing aliens along the Southwest border. *See* ECF No. 69 at 31 (finding that "[t]o the extent she is able, Plaintiff may only seek redress in this Court in connection with her *personal, direct*, health-related injuries.") (emphasis added). Instead, the articles discuss individuals lawfully admitted as refugees in other parts of the country.

With this submission, Plaintiff, despite her lack of standing to do so, persists in inviting this Court to review the Executive Branch's handling of infectious diseases in the foreign-born population. As the Supreme Court recently observed, the standing doctrine developed "to ensure that federal courts do not exceed their authority as it has been traditionally understood." *Spokeo, Inc. v. Robins*, 136 S.Ct. 1540, 1548 (2016). This Court should decline Plaintiff's

invitation to find standing here, and, as set forth in Defendants' Second Motion to Dismiss, or, in the Alternative, Motion for Summary Judgment (ECF No. 74), should dismiss the remainder of the case.

Dated: June 15, 2016                                    Respectfully submitted,


                                                       /s/ Colin A. Kisor
                                                       COLIN A. KISOR
                                                       DC Bar No. 497145
                                                       Deputy Director
                                                       District Court Section
                                                       Office of Immigration Litigation
                                                       Civil Division,
                                                       U.S. Department of Justice
                                                       450 Fifth Street NW
                                                       Washington, DC 20001
                                                       Telephone: (202) 532-4331
                                                       Fax: (202) 305-7000
                                                       E-mail: colin.kisor@usdoj.gov
                                                       Attorney-in-Charge

                                                       KIMBERLY HELVEY
                                                       Senior Litigation Counsel
                                                       District Court Section
                                                       Office of Immigration Litigation

                                                       DANIEL DAVID HU
                                                       Texas Bar No. 10131415
                                                       S.D. Texas No. 7959
                                                       Office of the US Attorney
                                                       1000 Louisiana
                                                       Ste 2300
                                                       Houston, TX 77002
                                                       Telephone: (713) 567-9518
                                                       Fax: (713) 718-3303
                                                       E-mail: daniel.hu@usdoj.gov

                                                       Counsel for Defendants

## CERTIFICATE OF SERVICE

I, Colin Kisor, do hereby certify that on June 15, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ Colin A. Kisor
COLIN KISOR
Deputy Director
District Court Section
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4331
Fax: (202) 616-8962
E-mail: Colin.Kisor@usdoj.gov

Counsel for Defendants